**Order entered February 13, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01352-CR

**GLENN LOUIS BAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82158-2014**

## ORDER

Before the Court is court reporter Denise Carrillo's February 11, 2019 second request for an extension of time to file the reporter's record.  We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.  Ms. Carrillo is cautioned that further extensions will be disfavored.

/s/ LANA MYERS
   JUSTICE